UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING, etc. )
)
)
        Plaintiff     )        1:05-cv-1468 OWW SMS
)
  v.                      )
)
SIMS METAL U.S.A., etc.,    )        ORDER TRANSFERRING CASE
)        TO SACRAMENTO DIVISION
)
        Defendant   )
_____)

    It appearing that proper venue of this matter is within the Sacramento division of this court;

    IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Eastern District of California at Sacramento.

    The scheduling conference set for March 15, 2006 is vacated.

Dated: November 22, 2005        /s/ OLIVER W. WANGER
                                       _____
                                       OLIVER W. WANGER
                                       United States District Judge